# EXHIBIT 1

Electronically Filed by Superior Court of California, County of Orange, 08/09/2023 02:37:29 PM.
30-2023-01341966-CU-BT-NJC - ROA # 3 - DAVID H. YAMASAKI, Clerk of the Court By K. Climer, Deputy Clerk.
Case 8:23-cv-01951-DOC-ADS - Document 1-2 - Filed 10/13/23 - Page 2 of 27 - Page ID #:9

**CM-010**

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):* | FOR COURT USE ONLY |
|---|---|
| Russell Allyn (SBN 143531) Cheryl Lott (SBN 232548)<br>BUCHALTER, A Professional Corporation<br>1000 Wilshire Blvd., Suite 1500<br>Los Angeles, CA 90017-1730<br>TELEPHONE NO.: (213)891-0700   FAX NO. *(Optional):* (213)896-0400<br>E-MAIL ADDRESS: rallyn@buchalter.com; clott@buchalter.com<br>ATTORNEY FOR *(Name):* Plaintiff North Bay Credit Union | |

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF ORANGE**
STREET ADDRESS: Orange County Superior Court
MAILING ADDRESS: North Justice Center
CITY AND ZIP CODE: 1275 North Berkeley Avenue
BRANCH NAME: Fullerton, CA 92832

CASE NAME: North Bay Credit Union vs. MRB Direct, Inc., et al.

| **CIVIL CASE COVER SHEET**<br>☒ **Unlimited**      ☐ **Limited**<br>(Amount demanded exceeds $25,000)   (Amount demanded is $25,000) | **Complex Case Designation**<br>☐ Counter   ☐ Joinder<br>Filed with first appearance by defendant<br>(Cal. Rules of Court, rule 3.402) | CASE NUMBER:<br>30-2023-01341966-CU-BT-NJC<br>JUDGE: Judge Nathan Vu<br>DEPT.: |
|---|---|---|

*Items 1–6 below must be completed (see instructions on page 2).*

1. Check **one** box below for the case type that best describes this case:

**Auto Tort**
☐ Auto (22)
☐ Uninsured motorist (46)
**Other PI/PD/WD (Personal Injury/Property Damage/Wrongful Death) Tort**
☐ Asbestos (04)
☐ Product liability (24)
☐ Medical malpractice (45)
☐ Other PI/PD/WD (23)
**Non-PI/PD/WD (Other) Tort**
☒ Business tort/unfair business practice (07)
☐ Civil rights (08)
☐ Defamation (13)
☐ Fraud (16)
☐ Intellectual property (19)
☐ Professional negligence (25)
☐ Other non-PI/PD/WD tort (35)
**Employment**
☐ Wrongful termination (36)
☐ Other employment (15)

**Contract**
☐ Breach of contract/warranty (06)
☐ Rule 3.740 collections (09)
☐ Other collections (09)
☐ Insurance coverage (18)
☐ Other contract (37)
**Real Property**
☐ Eminent domain/Inverse condemnation (14)
☐ Wrongful eviction (33)
☐ Other real property (26)
**Unlawful Detainer**
☐ Commercial (31)
☐ Residential (32)
☐ Drugs (38)
**Judicial Review**
☐ Asset forfeiture (05)
☐ Petition re: arbitration award (11)
☐ Writ of mandate (02)
☐ Other judicial review (39)

**Provisionally Complex Civil Litigation (Cal. Rules of Court, rules 3.400–3.403)**
☐ Antitrust/Trade regulation (03)
☐ Construction defect (10)
☐ Mass tort (40)
☐ Securities litigation (28)
☐ Environmental/Toxic tort (30)
☐ Insurance coverage claims arising from the above listed provisionally complex case types (41)
**Enforcement of Judgment**
☐ Enforcement of judgment (20)
**Miscellaneous Civil Complaint**
☐ RICO (27)
☐ Other complaint *(not specified above)* (42)
**Miscellaneous Civil Petition**
☐ Partnership and corporate governance (21)
☐ Other petition *(not specified above)* (43)

2. This case ☐ is  ☒ is not complex under rule 3.400 of the California Rules of Court. If the case is complex, mark the factors requiring exceptional judicial management:
   a. ☐ Large number of separately represented parties
   b. ☐ Extensive motion practice raising difficult or novel issues that will be time-consuming to resolve
   c. ☐ Substantial amount of documentary evidence
   d. ☐ Large number of witnesses
   e. ☐ Coordination with related actions pending in one or more courts in other counties, states, or countries, or in a federal court
   f. ☐ Substantial postjudgment judicial supervision

3. Remedies sought *(check all that apply):* a. ☒ monetary b. ☒ nonmonetary; declaratory or injunctive relief c. ☒ punitive
4. Number of causes of action *(specify):* 4
5. This case ☐ is  ☒ is not  a class action suit.
6. If there are any known related cases, file and serve a notice of related case. *(You may use form CM-015.)*

Date: August 9, 2023

David E. Mark                                                   ▶ */s/ David E. Mark*
_____(TYPE OR PRINT NAME)_____          _____(SIGNATURE OF PARTY OR ATTORNEY FOR PARTY)_____

**NOTICE**
- Plaintiff must file this cover sheet with the first paper filed in the action or proceeding (except small claims cases or cases filed under the Probate Code, Family Code, or Welfare and Institutions Code). (Cal. Rules of Court, rule 3.220.) Failure to file may result in sanctions.
- File this cover sheet in addition to any cover sheet required by local court rule.
- If this case is complex under rule 3.400 et seq. of the California Rules of Court, you must serve a copy of this cover sheet on all other parties to the action or proceeding.
- Unless this is a collections case under rule 3.740 or a complex case, this cover sheet will be used for statistical purposes only.

Page 1 of 2

| Form Adopted for Mandatory Use<br>Judicial Council of California<br>CM-010 [Rev.September 1, 2021] | **CIVIL CASE COVER SHEET** | Cal. Rules of Court, rules 2.30, 3.220, 3.400–3.403, 3.740;<br>Cal. Standards of Judicial Administration, std. 3.10<br>*www.courts.ca.gov* |
|---|---|---|

**INSTRUCTIONS ON HOW TO COMPLETE THE COVER SHEET**
<span style="float:right">CM-010</span>

**To Plaintiffs and Others Filing First Papers.** If you are filing a first paper (for example, a complaint) in a civil case, you **must** complete and file, along with your first paper, the Civil Case Cover Sheet contained on page 1. This information will be used to compile statistics about the types and numbers of cases filed. You must complete items 1 through 6 on the sheet. In item 1, you must check **one** box for the case type that best describes the case. If the case fits both a general and a more specific type of case listed in item 1, check the more specific one. If the case has multiple causes of action, check the box that best indicates the **primary** cause of action. To assist you in completing the sheet, examples of the cases that belong under each case type in item 1 are provided below. A cover sheet must be filed only with your initial paper. Failure to file a cover sheet with the first paper filed in a civil case may subject a party, its counsel, or both to sanctions under rules 2.30 and 3.220 of the California Rules of Court.

**To Parties in Rule 3.740 Collections Cases.** A "collections case" under rule 3.740 is defined as an action for recovery of money owed in a sum stated to be certain that is not more than $25,000, exclusive of interest and attorney's fees, arising from a transaction in which property, services, or money was acquired on credit. A collections case does not include an action seeking the following: (1) tort damages, (2) punitive damages, (3) recovery of real property, (4) recovery of personal property, or (5) a prejudgment writ of attachment. The identification of a case as a rule 3.740 collections case on this form means that it will be exempt from the general time-for-service requirements and case management rules, unless a defendant files a responsive pleading. A rule 3.740 collections case will be subject to the requirements for service and obtaining a judgment in rule 3.740.

**To Parties in Complex Cases.** In complex cases only, parties must also use the Civil Case Cover Sheet to designate whether the case is complex. If a plaintiff believes the case is complex under rule 3.400 of the California Rules of Court, this must be indicated by completing the appropriate boxes in items 1 and 2. If a plaintiff designates a case as complex, the cover sheet must be served with the complaint on all parties to the action. A defendant may file and serve no later than the time of its first appearance a joinder in the plaintiff's designation, a counter-designation that the case is not complex, or, if the plaintiff has made no designation, a designation that the case is complex.

**CASE TYPES AND EXAMPLES**

**Auto Tort**
Auto (22)–Personal Injury/Property Damage/Wrongful Death
Uninsured Motorist (46) *(if the case involves an uninsured motorist claim subject to arbitration, check this item instead of Auto)*

**Other PI/PD/WD (Personal Injury/ Property Damage/Wrongful Death) Tort**
Asbestos (04)
　Asbestos Property Damage
　Asbestos Personal Injury/ Wrongful Death
Product Liability *(not asbestos or toxic/environmental)* (24)
Medical Malpractice (45)
　Medical Malpractice– Physicians & Surgeons
　Other Professional Health Care Malpractice
Other PI/PD/WD (23)
　Premises Liability (e.g., slip and fall)
　Intentional Bodily Injury/PD/WD (e.g., assault, vandalism)
　Intentional Infliction of Emotional Distress
　Negligent Infliction of Emotional Distress
　Other PI/PD/WD

**Non-PI/PD/WD (Other) Tort**
Business Tort/Unfair Business Practice (07)
Civil Rights (e.g., discrimination, false arrest) *(not civil harassment)* (08)
Defamation (e.g., slander, libel) (13)
Fraud (16)
Intellectual Property (19)
Professional Negligence (25)
　Legal Malpractice
　Other Professional Malpractice *(not medical or legal)*
Other Non-PI/PD/WD Tort (35)

**Employment**
Wrongful Termination (36)
Other Employment (15)

**Contract**
Breach of Contract/Warranty (06)
　Breach of Rental/Lease Contract *(not unlawful detainer or wrongful eviction)*
　Contract/Warranty Breach–Seller Plaintiff *(not fraud or negligence)*
　Negligent Breach of Contract/ Warranty
　Other Breach of Contract/Warranty
Collections (e.g., money owed, open book accounts) (09)
　Collection Case–Seller Plaintiff
　Other Promissory Note/Collections Case
Insurance Coverage *(not provisionally complex)* (18)
　Auto Subrogation
　Other Coverage
Other Contract (37)
　Contractual Fraud
　Other Contract Dispute

**Real Property**
Eminent Domain/Inverse Condemnation (14)
Wrongful Eviction (33)
Other Real Property (e.g., quiet title) (26)
　Writ of Possession of Real Property
　Mortgage Foreclosure
　Quiet Title
　Other Real Property *(not eminent domain, landlord/tenant, or foreclosure)*

**Unlawful Detainer**
Commercial (31)
Residential (32)
Drugs (38) *(if the case involves illegal drugs, check this item; otherwise, report as Commercial or Residential)*

**Judicial Review**
Asset Forfeiture (05)
Petition Re: Arbitration Award (11)
Writ of Mandate (02)
　Writ–Administrative Mandamus
　Writ–Mandamus on Limited Court Case Matter
　Writ–Other Limited Court Case Review
Other Judicial Review (39)
　Review of Health Officer Order
　Notice of Appeal–Labor Commissioner Appeals

**Provisionally Complex Civil Litigation (Cal. Rules of Court Rules 3.400–3.403)**
Antitrust/Trade Regulation (03)
Construction Defect (10)
Claims Involving Mass Tort (40)
Securities Litigation (28)
Environmental/Toxic Tort (30)
Insurance Coverage Claims *(arising from provisionally complex case type listed above)* (41)

**Enforcement of Judgment**
Enforcement of Judgment (20)
　Abstract of Judgment (Out of County)
　Confession of Judgment *(non-domestic relations)*
　Sister State Judgment
　Administrative Agency Award *(not unpaid taxes)*
　Petition/Certification of Entry of Judgment on Unpaid Taxes
　Other Enforcement of Judgment Case

**Miscellaneous Civil Complaint**
RICO (27)
Other Complaint *(not specified above)* (42)
　Declaratory Relief Only
　Injunctive Relief Only *(non-harassment)*
　Mechanics Lien
　Other Commercial Complaint Case *(non-tort/non-complex)*
　Other Civil Complaint *(non-tort/non-complex)*

**Miscellaneous Civil Petition**
Partnership and Corporate Governance (21)
Other Petition *(not specified above)* (43)
　Civil Harassment
　Workplace Violence
　Elder/Dependent Adult Abuse
　Election Contest
　Petition for Name Change
　Petition for Relief From Late Claim
　Other Civil Petition

Electronically Filed by Superior Court of California, County of Orange, 08/09/2023 02:37:29 PM.
30-2023-01341966-CU-BT-NJC - ROA # 2 - DAVID H. YAMASAKI, Clerk of the Court By R. Climer, Deputy Clerk.

BUCHALTER
A Professional Corporation
RUSSELL L. ALLYN (SBN: 143531)
CHERYL M. LOTT (SBN 232548)
DAVID E. MARK (SBN 247283)
1000 Wilshire Boulevard, Suite 1500
Los Angeles, CA 90017-2457
Telephone: (213) 891-0700
Facsimile: (213) 896-0400
Email: rallyn@buchalter.com
Email: clott@buchalter.com
Email: dmark@buchalter.com

Attorneys for Plaintiff
NORTH BAY CREDIT UNION

# SUPERIOR COURT OF THE STATE OF CALIFORNIA

## COUNTY OF ORANGE COUNTY

| | |
|---|---|
| NORTH BAY CREDIT UNION, a California nonprofit corporation,<br><br>Plaintiff,<br><br>vs.<br><br>MRB DIRECT, INC., a Nevada corporation; DAVID PARK, an individual; and DOES 1 through 10, inclusive,<br><br>Defendants. | CASE NO. 30-2023-01341966-CU-BT-NJC<br><br>**COMPLAINT FOR:**<br><br>1) **INTENTIONAL INTERFERENCE WITH PROSPECTIVE ECONOMIC ADVANTAGE**<br>2) **NEGLIGENT INTERFERENCE WITH PROSPECTIVE ECONOMIC ADVANTAGE**<br>3) **VIOLATION OF BUSINESS & PROFESSIONS CODE SECTIONS 17200, ET SEQ.**<br>4) **DECLARATORY RELIEF**<br><br>**Assigned for All Purposes**<br><br>Judge Nathan Vu |

BUCHALTER
A PROFESSIONAL CORPORATION
LOS ANGELES

-1-

**COMPLAINT**

Plaintiff North Bay Credit Union ("Plaintiff" or "North Bay") alleges as follows:

1.      Plaintiff is and at all times relevant to this action was a California nonprofit corporation with its principal place of business in Santa Rosa in the County of Sonoma, California.

2.      Plaintiff is informed and believes and thereupon alleges that defendant MRB Direct, Inc. ("MRB") was, and is, a Nevada corporation with its principal place of business in Henderson, Nevada, but which does business in Irvine in the County of Orange, California and has its address at 18575 Jamboree Road, Suite 250, Irvine, California 92612. MRB's agent for service of process is located at that same address.

3.      Plaintiff is informed and believes and thereupon alleges that defendant David Park ("Mr. Park") is an individual residing in Irvine in the County of Orange, California.  Plaintiff is further informed and believes that Mr. Park is an officer, director, or managing agent of MRB, and he personally directed or participated in the business activities of MRB, including those activities alleged herein.

4.      Plaintiff is ignorant of the true names and capacities of defendants identified in this action as DOES 1 through 10, inclusive, and, therefore, files suit against these defendants by such fictitious names.  Plaintiff is informed and believes that each of the DOE defendants designated as a fictitiously named defendant is in some manner responsible for the events and happenings referred to below, and caused the damages to Plaintiff as alleged in this Complaint.  When Plaintiff ascertains the true names and capacities of DOE defendants 1 through 10, it will amend this Complaint by setting forth the same.  MRB, Mr. Park and DOES 1 through 10 are sometimes referred to collectively as "Defendants."

5.      Plaintiff is informed and believes that, at all relevant times, each of the Defendants, including the fictitiously-named defendants, was the agent, representative, employee, co-conspirator, aider and abettor, and/or servant of each of the remaining Defendants, and was acting within the course and scope of that agency, representation, employment or service in doing and/or failing to do the acts alleged.

6.      Plaintiff is informed and believes, and on that basis alleges, that each of the Defendants acted as the agent of the other Defendants in doing the acts alleged in this Complaint,

and each is responsible in some manner for the occurrences alleged, and that Plaintiff's damages as alleged were proximately caused by their conduct.

7.     Venue is proper in the County of Orange, pursuant to Code of Civil Procedure section 395 because Mr. Park resides in this jurisdiction.

## GENERAL ALLEGATIONS

8.     After Proposition 64 legalized the sale of recreational marijuana in the State of California in 2016, legal marijuana businesses struggled to open and maintain bank accounts because marijuana remains illegal at the federal level, and many banks, which are governed by federal law, refused their business.  North Bay, as a California state charted credit union, was able to provide banking accounts and services to the cannabis industry.

9.     In or about 2021, North Bay formed a company now called HigherGrowth, LLC, dba Greenbax Marketplace ("Greenbax"), which specializes in providing banking accounts and services to the cannabis industry. North Bay subsequently sold a 25% interest in that company to Fintech Fund II, an entity controlled by Park.  After the creation of Greenbax, North Bay contracted with Greenbax to manage North Bay's marijuana-related business accounts.

10.     MRB maintains Greenbax's online banking platform, which allows customers to access their accounts, view deposits, withdrawals and balances, and transfer funds (the "Platform"). MRB operated Greenbax's Platform in exchange for an agreed-upon $10,000 per month licensing fee, which Greenbax paid.

11.     On or about July 14, 2023, MRB manufactured a billing dispute with Greenbax and sent a demand letter to Greenbax demanding that it pay over $1.2 million in unearned fees under threat of shutting down Greenbax's online banking Platform, which was the sole mechanism by which customers could access their Greenbax accounts.  Defendants strategically sent this extortion letter at 4:15 p.m. Pacific Time on Friday, July 14, 2023 requiring full payment of the unearned fees by 5 p.m. **Eastern** Time on July 18, 2023, less than two business days later. Although Greenbax was forced to yield to this extortionate demand, negotiated a smaller payment for an extension, and made a payment of $500,000, on or about July 26, 2023, MRB carried out its threat and shut down the platform so that customers could not view or access their funds on deposit.

BUCHALTER
A PROFESSIONAL CORPORATION
LOS ANGELES

-3-

**COMPLAINT**

12.     Prior to Defendants improper shut down of the Platform, customers used the Platform to transmit payments to vendors such as suppliers and landlords, make payroll payments, process automated clearing house ("ACH") payments, to pay taxes, and to receive direct deposit payments for debit card transactions, among other things.  For many, this was the only way they accessed their Greenbax accounts.  Thus, the Platform was also the way for customers to access their account information, including, but not limited to statements, transaction history information, and balances.

13.     On July 26, 2023, when customers attempted to access their accounts online via the Platform as they regularly did, they discovered that the Platform was inaccessible.  To date, customers are still unable to access the Platform, and therefore cannot process any transactions, verify their balances, or even view their transaction histories.  This situation is urgent because the customers cannot perform critical compliance, customer service, and vendor relations.  Nor can they engage in accounting and record keeping activities. For example, at least one customer recently completed a multi-million dollar build-out on a very expensive location for one of its dispensaries.  As a result, this customer has payments pending to various vendors related to that build-out and cannot monitor those pending payments, or even determine whether they cleared their accounts.

14.     Adding insult to injury, when the customers contacted the third party that Defendants identified in their communication that they shut down the Platform, that third party stated that they could not even provide the customer account balances, and further *refused* to process transfers to the customers' directed financial institution, North Bay. Defendants' related third party entity stated that if the customers opted to keep their Greenbax accounts, the funds would not be transferred to North Bay until August 26, 2023, a month later.  Because of Defendants' conduct customers were left to the whims of a third party who was unknown to them, and North Bay was left with a reputational customer crisis because North Bay arranged for Greenbax to service North Bay's marijuana-related business accounts.  Indeed, North Bay has received direct communications from upset customers stating that they must have access to their funds immediately or they will turn to legal action against North Bay.  They have indicated that they have no desire to address a third party with whom they have no relationship, but expect that North Bay will rectify

-4-

BUCHALTER
A PROFESSIONAL CORPORATION
LOS ANGELES

**COMPLAINT**

the situation immediately.

15.     Further, North Bay is informed and believes that Defendants were conspiring with others to usurp North Bay's customer relationships by purposefully and wrongfully either refusing to transfer funds to North Bay, or significantly delaying availability to any funds transfers made to North Bay for at least *one month*.  At the same time, Defendants, via the express direction of David Park, and their co-conspirators were offering "immediate access" to funds if the customers would open accounts with one of Defendants' related entities.

16.     Furthermore, the timing of Defendants' shutdown of the Platform was strategically calculated to inflict the most harm by holding North Bay's customers and prospective customers' funds "hostage" for a month if they opted to transfer their funds to their North Bay accounts. Defendants, via David Park, and their co-conspirators did this while simultaneously and falsely promising that the existing and prospective North Bay customers' funds would be immediately available *if* the customers opted to open an account with one of Defendants' affiliated entities.  All the while, payroll for many of the North Bay existing and prospective customers was due on August 1, with funding required by July 31, just three business days after Defendants prohibited the customers from accessing their accounts in the only way they could: via the Platform.  Additionally, state excise tax payments were due on August 1 and carried a 25% - 50% penalty if not paid by August 1.  Further the State Board of Equalization taxes were due on August 1, as well as local taxes, all of which carried heavy late penalties.

17.     Based upon the relationship between North Bay and the customers, and those customers' knowledge of the relationship between North Bay and Greenbax, a large number of the customers attempted to transfer their funds to either their other existing or new North Bay accounts.

18.     However, because MRB turned off the platform through which customers had access to their accounts, MRB has left these North Bay existing and prospective customers without access to their bank deposits, or the ability to make payroll, pay various state and local taxes, and pay trade creditors, or any other ordinary course payments to maintain their operations.  Further, the Customers have been unable to effectuate their own funds transfers as they previously did via the Platform.  They have been unable to obtain transaction information and account statements,

BUCHALTER
A PROFESSIONAL CORPORATION
LOS ANGELES

**COMPLAINT**

have been unable to reconcile their account balances, or close out their July accounting. As an interim measure, and to avoid additional reputational damage caused by Defendants' conduct and to protect the existing and prospective customer relationships, for approximately 235 customers who have expressed a desire to transfer approximately $45 million of their funds to North Bay, North Bay has been providing provisional credit to these customers to meet their payment obligations. To date, North Bay has provided over $16.4 million in such provisional credit.

## FIRST CAUSE OF ACTION

### Intentional Interference with Prospective Economic Advantage

### (Against All Defendants)

19. Plaintiff realleges and incorporates by reference the allegations in paragraphs 1 through 18 above as though set forth in full.

20. At all relevant times, an economic relationship existed between Plaintiff and certain customers that have expressed a desire to transfer their funds from their Greenbax serviced accounts to North Bay, which relationship contains the probability of future economic benefit to Plaintiff.

21. Defendants knew of the economic relationship between Plaintiff and these prospective customers and engaged in wrongful conduct as alleged above that interfered with these relationships by manufacturing a justification for turning off Greenbax's banking Platform and preventing customers from accessing their funds and transferring them to North Bay.

22. Defendants knew or should have known the interference with the business relationship between Plaintiff and its prospective customers was certain or substantially certain to occur as a result of Defendants' wrongful conduct.

23. As a direct and proximate result of Defendants' acts and omissions, all as personally directed or participated in by Mr. Park, Plaintiff's business has been disrupted and Plaintiff has suffered and continues to suffer injury, has expended significant monetary sums, and has lost business and goodwill, all in an amount to be proven at trial.

24. Defendants' acts constitute despicable conduct which was carried on by Defendants with a willful or conscious disregard of Plaintiff's rights. Thus, Defendants acted with malice, entitling Plaintiff to recover punitive damages against Defendants in an amount to be proven at

-6-

BUCHALTER
A PROFESSIONAL CORPORATION
LOS ANGELES

**COMPLAINT**

trial.

## SECOND CAUSE OF ACTION

### Negligent Interference with Prospective Economic Advantage

### (Against All Defendants)

25. Plaintiff realleges and incorporates by reference the allegations in paragraphs 1 through 18 above as though set forth in full.

26. At all relevant times an economic relationship existed between Plaintiff and its prospective customers that contained the probability of future economic benefit to Plaintiff.

27. Defendants knew of the economic relationship between Plaintiff and its prospective customers and knew or should have known that this relationship would be disrupted if they failed to act with reasonable care.

28. The Defendants failed to act with reasonable care and engaged in wrongful conduct as alleged above that interfered with Plaintiff's business relationships with Plaintiff's prospective customers.

29. As a direct and proximate result of the Defendants' acts and omissions, the business relationship between Plaintiff and its customers has been disrupted and Plaintiff has suffered and continues to suffer injury, has expended significant monetary sums, and has lost business and goodwill, all in an amount to be proven at trial.

## THIRD CAUSE OF ACTION

### Violation of California Business & Professions Code Sections 17200, *et seq*.

### (Against All Defendants)

30. Plaintiff realleges and incorporates by reference the allegations in paragraphs 1 through 29 above as though set forth in full

31. Defendants continue to deny North Bay's prospective customers access to their online accounts at Greenbax and the ability to transfer funds to North Bay based upon their express directions. These activities constitute unlawful, unfair and fraudulent business acts and practices under California Business and Professions Code sections 17200, *et seq*. Defendants' conduct has harmed Plaintiff and has deprived it of the benefit of receiving funds from its prospective customers

BUCHALTER
A PROFESSIONAL CORPORATION
LOS ANGELES

**COMPLAINT**

and caused it to provide provisional credit to them.

32.     California Business and Professions Code section 17203 authorizes injunctive and restitutionary relief against any person who has engaged or proposes to engage in such unlawful, unfair or fraudulent business acts and practices.  Plaintiff requests that the Court order Defendants to cease and desist from denying Plaintiff's customers access to their funds online and the ability to transfer funds to North Bay and disgorge their profits therefrom.

33.     As a direct and proximate result of Defendants' unlawful, unfair or fraudulent business acts and practices, Plaintiff has suffered injury and harm, and will continue to suffer injury and harm, unless Defendants are enjoined from the conduct alleged hereinabove.

34.     Plaintiff requests that the Court issue temporary, preliminary and permanent injunctive relief against Defendants.  Unless restrained, Defendants will continue to engage in their unlawful, unfair and fraudulent business acts and practices.

## FOURTH CAUSE OF ACTION

### Declaratory Relief

### (Against All Defendants)

35.     Plaintiff realleges and incorporates by reference the allegations in paragraphs 1 through 34 above as though set forth in full.

36.     Prior to and upon the filing of this complaint, a dispute has arisen between Plaintiff and Defendants as to MRB's shutting down of the Greenbax banking Platform and not allowing customers to access their funds and transfer their funds to North Bay as they wish.

37.     An actual controversy has arisen and now exists between Plaintiff and Defendants concerning the respective rights and duties owed by Defendants to Plaintiff with respect to North Bay's customers and prospective customers.

38.     Plaintiff requests a judicial determination of its rights and duties and a declaration that Defendants should allow North Bay's customers and prospective customers access to their online accounts serviced by Greenbax and not interfere with any transfer of their funds to other existing or new North Bay accounts.

39.     Plaintiff seeks the intervention of this Court to resolve all disputes that have or may

BUCHALTER
A PROFESSIONAL CORPORATION
LOS ANGELES

arise with respect to the resolution of the legal issues and disputes described herein and to issue a declaration of the parties' respective rights and obligations pertaining thereto.

## **PRAYER FOR RELIEF**

Plaintiff prays for entry of judgment against Defendants, and each of them, jointly and severally, as follows:

1.     As to the First and Second Causes of Action, for compensatory damages in an amount to be proven at trial, plus interest at the legal rate until paid in full;

2.     As to the First Cause of Action, for punitive and exemplary damages;

3.     As to the Third Cause of Action, for an order requiring that Defendants cease and desist from denying Plaintiff's current and prospective customers access to their funds online and the ability to transfer funds to other existing or new North Bay accounts, and disgorge their profits therefrom.

4.     As to the Fourth Cause of Action, for a declaration that Defendants should allow North Bay's current and prospective customers access to their online accounts serviced by Greenbax and not interfere with their expressed desire to transfer their funds to other existing or new North Bay accounts.

5.     For an injunction preliminarily and permanently enjoining Defendants and, as applicable, their respective employees, agents, partners, officers, directors, owners, shareholders, principals, subsidiaries, related companies, affiliates, and all persons in active concert or participation with any of them, from further interfering with Plaintiff's current and prospective customers in accessing Greenbax's online banking Platform and transferring their funds on deposit to North Bay.

///

///

///

///

///

///

BUCHALTER
A PROFESSIONAL CORPORATION
LOS ANGELES

-9-

**COMPLAINT**

6.     For costs of suit as legally permitted; and

7.     For such further relief as the Court may deem just and proper.

DATED:  August 9, 2023                          BUCHALTER
                                                A Professional Corporation


                                                By: _/s/ David E. Mark_____
                                                       RUSSELL L. ALLYN
                                                       CHERYL M. LOTT
                                                       DAVID E. MARK
                                                     Attorneys for Plaintiff
                                                  NORTH BAY CREDIT UNION

Electronically Filed by Superior Court of California, County of Orange, 08/09/2023 02:37:29 PM.
30-2023-01341966-CU-BT-NJC - ROA # 4 - DAVID H. YAMASAKI, Clerk of the Court By K. Climer, Deputy Clerk.

Case 8:23-cv-01951-DOC-ADS Document 1-3 Filed 10/13/23 Page 14 of 27 Page
ID #:21

SUM-100

# SUMMONS
## *(CITACION JUDICIAL)*

**FOR COURT USE ONLY**
*(SOLO PARA USO DE LA CORTE)*

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*
MRB Direct, Inc., a Nevada Corporation; David Park, an individual; and DOES 1
through 10, inclusive

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*
North Bay Credit Union, a California nonprofit corporation

**NOTICE!** You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

   You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

   There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (*www.lawhelpcalifornia.org*), the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), or by contacting your local court or county bar association. **NOTE:** The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

   *¡AVISO! Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.*

   *Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

   *Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.*

The name and address of the court is:
*(El nombre y dirección de la corte es):*

**CASE NUMBER:**
*(Número del Caso):* 30-2023-01341966-CU-BT-NJC

Judge Nathan Vu

Orange County Superior Court
North Justice Center
1275 North Berkeley Avenue
Fullerton, CA 92832

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
Russell Allyn (SBN 143531) Cheryl Lott (SBN 232548) David E, Mark (SBN 247283)
BUCHALTER, A Professional Corporation
1000 Wilshire Blvd., Suite 1500, Los Angeles, CA 90017 Tel: (213)891-0700

DATE:
*(Fecha)* 08/09/2023 DAVID H. YAMASAKI, Clerk of the Court

Clerk, by
*(Secretario)* _K. Climer_ , Deputy
*(Adjunto)*

*(For proof of service of this summons, use* Proof of Service of Summons *(form POS-010).)*
*(Para prueba de entrega de esta citatión use el formulario* Proof of Service of Summons, *(POS-010)).*



**NOTICE TO THE PERSON SERVED:** You are served
1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify):*

3. ☐ on behalf of *(specify):*
   under: ☐ CCP 416.10 (corporation)          ☐ CCP 416.60 (minor)
          ☐ CCP 416.20 (defunct corporation)  ☐ CCP 416.70 (conservatee)
          ☐ CCP 416.40 (association or partnership) ☐ CCP 416.90 (authorized person)
          ☐ other *(specify):*
4. ☐ by personal delivery on *(date):*

**Page 1 of 1**

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 [Rev. July 1, 2009]

**SUMMONS**

Code of Civil Procedure §§ 412.20, 465
*www.courtinfo.ca.gov*

Electronically Filed by Superior Court of California, County of Orange, 09/27/2023 11:47:00 AM.
30-2023-01341966-CU-BT-CJC - ROA # 16 - DAVID H. YAMASAKI, Clerk of the Court By E. Billinguser, Deputy Clerk.
Case 8:23-cv-01951-DOC-ADS Document 1-2 Filed 10/13/23 Page 15 of 27 Page
ID #:22

| Attorney or Party without Attorney:<br>David E. Mark (SBN 247283)<br>BUCHALTER, APC<br>1000 Wilshire Boulevard, Suite 1500<br>Los Angeles, CA 90017<br>  Telephone No:  213-891-0700 | **For Court Use Only** |
|---|---|

|   Attorney For:  Plaintiff | Ref. No. or File No.:<br>N7936-0007 | |

| Insert name of Court, and Judicial District and Branch Court:<br>SUPERIOR COURT OF THE STATE OF CALIFORNIA COUNTY OF ORANGE COUNTY |
|---|

| Plaintiff:  NORTH BAY CREDIT UNION, a California nonprofit corporation<br>Defendant:  MRB DIRECT, INC., a Nevada corporation, et al. |
|---|

| PROOF OF SERVICE<br>SUMMONS | Hearing Date: | Time: | Dept/Div: | Case Number:<br>30-2023-01341966-CU-BT-NJC |
|---|---|---|---|---|

1. *At the time of service I was at least 18 years of age and not a party to this action.*

2. I served copies of the Summons, Complaint, Civil Case Cover Sheet, Notice of Case Management Conference, Declaration in Support of Motion Re Disqualification of Judicial Officer Pursuant to C.C.P. 170.6 and Court Minute Order dated August 18, 2023

3.   *a.*   Party served:    MRB DIRECT, INC., a Nevada corporation
     *b.*   Person served:   Christine Mora, Registered Agent

4.   *Address where the party was served:*   18575 Jamboree Rd Suite 250, Irvine, CA 92612

5.   *I served the party:*

     b. **by substituted service.**   On: Thu, Sep 14 2023 at: 11:30 AM I left the documents listed in item 2 with or in the presence of: Paula Darrant, Administrative Assistant, Authorized to Accept

     (1)  [X]  **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.

     (2)  [ ]  **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.

     (3)  [ ]  **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.

     (4)  [X]  **(Declaration of Mailing)** is attached.

     (5)  [ ]  **(Declaration of Diligence)** attached stating actions taken first to attempt personal service.

6.   The "Notice to the Person Served" (on the summons) was completed as follows:

     a.  [ ]   as an individual defendant.
     b.  [ ]   as the person sued under the fictitious name of *(specify)*:
     c.  [ ]   as occupant.
     d.  [X]   On behalf of *(specify)*:   MRB DIRECT, INC., a Nevada corporation
         under the following Code of Civil Procedure section:

   | | | |
   |---|---|---|
   | [X] 416.10 (corporation) | | [ ] 415.95 (business organization, form unknown) |
   | [ ] 416.20 (defunct corporation) | | [ ] 416.60 (minor) |
   | [ ] 416.30 (joint stock company/association) | | [ ] 416.70 (ward or conservatee) |
   | [ ] 416.40 (association or partnership) | | [ ] 416.90 (authorized person) |
   | [ ] 416.50 (public entity) | | [ ] 415.46 (occupant) |
   | [ ] other: | | |



| Judicial Council Form POS-010<br>Rule 2.150.(a)&(b) Rev January 1, 2007 | PROOF OF SERVICE<br>SUMMONS | *9576377*<br>*(5441776)*<br>**Page 1 of 2** |
|---|---|---|

| Plaintiff: NORTH BAY CREDIT UNION, a California nonprofit corporation | Case Number: |
|---|---|
| Defendant: MRB DIRECT, INC., a Nevada corporation, et al. | 30-2023-01341966-CU-BT-NJC |

Recoverable cost Per CCP 1033.5(a)(4)(B)

7. **Person who served papers**
   a. Name:                     Frank Harrigan
   b. Address:                 **FIRST LEGAL**
                                     1517 W. Beverly Blvd.
                                     LOS ANGELES, CA 90026
   c. Telephone number:   (213) 250-1111
   d. **The fee** for service was:   $108.25
   e. I am:
      (1) ☐   not a registered California process server.
      (2) ☐   exempt from registration under Business and Professions Code section 22350(b).
      (3) ☒   a registered California process server:
         (i) ☐ owner ☐ employee ☒ independent contractor
         (ii) Registration No:   1530
         (iii) County:   Orange County

8. *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

09/15/2023
*(Date)*

Frank Harrigan

Judicial Council Form POS-010
Rule 2.150.(a)&(b) Rev January 1, 2007

**PROOF OF SERVICE**
SUMMONS

*9576377*
*(5441776)*
**Page 2 of 2**

| Attorney or Party without Attorney:<br>David E. Mark (SBN 247283)<br>BUCHALTER, APC<br>1000 Wilshire Boulevard, Suite 1500<br>Los Angeles, CA 90017 | | **For Court Use Only** |
|---|---|---|
| *Telephone No:* 213-891-0700 | | |
| *Attorney For:* Plaintiff | *Ref. No. or File No.:*<br>N7936-0007 | |

| *Insert name of Court, and Judicial District and Branch Court:*<br>SUPERIOR COURT OF THE STATE OF CALIFORNIA COUNTY OF ORANGE COUNTY |
|---|

| *Plaintiff:* NORTH BAY CREDIT UNION, a California nonprofit corporation<br>*Defendant:* MRB DIRECT, INC., a Nevada corporation, et al. |
|---|

| **PROOF OF SERVICE**<br>**By Mail** | Hearing Date: | Time: | Dept/Di | Case Number:<br>30-2023-01341966-CU-BT-NJC |
|---|---|---|---|---|

1.  *I am over the age of 18 and not a party to this action. I am employed in the county where the mailing occurred.*

2.  I served copies of the Summons, Complaint, Civil Case Cover Sheet, Notice of Case Management Conference, Declaration in Support of Motion Re Disqualification of Judicial Officer Pursuant to C.C.P. 170.6 and Court Minute Order dated August 18, 2023

3.  By placing a true copy of each document in the United States mail, in a sealed envelope by **First Class** mail with postage prepaid as follows:
    a. Date of Mailing: Fri, Sep 15, 2023
    b. Place of Mailing: LOS ANGELES, CA 90026
    c. Addressed as follows: MRB DIRECT, INC., a Nevada corporation
        18575 Jamboree Rd, Suite 250 Irvine, CA 92612

4.  *I am readily familiar with the business practice for collection and processing of correspondence as deposited with the U.S. Postal Service on Fri, Sep 15, 2023 in the ordinary course of business.*

Recoverable cost Per CCP 1033.5(a)(4)(B)

5. *Person Serving:*
    a. THOMAS TILCOCK
    **b. FIRST LEGAL**
     1517 W. Beverly Boulevard
     LOS ANGELES, CA 90026
    c. (213) 250-1111

    **d. *The Fee* for Service was:**
    **e.** I am: Not a Registered California Process Server

6.  *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

      09/15/2023

      *(Date)*           *Thomas Tilcock*



| Judicial Council Form<br>Rule 2.150.(a)&(b) Rev January 1, 2007 | **PROOF OF SERVICE**<br>**BY MAIL** | *9576377*<br>*(5441776)* |
|---|---|---|

Electronically Filed by Superior Court of California, County of Orange, 09/27/2023 11:47:00 AM.
30-2023-01341966-CU-BT-CJC - ROA # 18 - DAVID H. YAMASAKI, Clerk of the Court By E. Billinguser, Deputy Clerk.

| Attorney or Party without Attorney:<br>David E. Mark (SBN 247283)<br>BUCHALTER, APC<br>1000 Wilshire Boulevard, Suite 1500<br>Los Angeles, CA 90017<br>   Telephone No:   213-891-0700 | | **For Court Use Only** |
|---|---|---|
| Attorney For:   Plaintiff | Ref. No. or File No.:<br>N7936-0007 | |
| Insert name of Court, and Judicial District and Branch Court:<br>SUPERIOR COURT OF THE STATE OF CALIFORNIA COUNTY OF ORANGE COUNTY | | |
| Plaintiff:   NORTH BAY CREDIT UNION, a California nonprofit corporation<br>Defendant:   MRB DIRECT, INC., a Nevada corporation, et al. | | |

| PROOF OF SERVICE SUMMONS | Hearing Date: | Time: | Dept/Div: | Case Number:<br>30-2023-01341966-CU-BT-NJC |
|---|---|---|---|---|

1. *At the time of service I was at least 18 years of age and not a party to this action.*

2. I served copies of the Summons, Complaint, Civil Case Cover Sheet, Notice of Case Management Conference, Declaration in Support of Motion Re Disqualification of Judicial Officer Pursuant to C.C.P. 170.6 and Court Minute Order dated August 18, 2023

3. *a.   Party served:*   DAVID PARK, an individual
   *b.   Person served:*   Lisa Park, Co-Occupant/Spouse

4. *Address where the party was served:*   351 Crescent Bay Dr, Laguna Beach, CA 92651

5. *I served the party:*
   b. **by substituted service.**   On: Sat, Sep 16 2023 at: 04:05 PM I left the documents listed in item 2 with or in the presence of:
   Lisa Park, Co-Occupant/Spouse

   (1) ☐ **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.
   (2) ☒ **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.
   (3) ☐ **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.
   (4) ☒ **(Declaration of Mailing)** is attached.
   (5) ☒ **(Declaration of Diligence)** attached stating actions taken first to attempt personal service.

6. The "Notice to the Person Served" (on the summons) was completed as follows:
   a. ☒   as an individual defendant.
   b. ☐   as the person sued under the fictitious name of *(specify)*:
   c. ☐   as occupant.
   d. ☐   On behalf of *(specify)*:
      under the following Code of Civil Procedure section:

| | |
|---|---|
| ☐ 416.10 (corporation) | ☐ 415.95 (business organization, form unknown) |
| ☐ 416.20 (defunct corporation) | ☐ 416.60 (minor) |
| ☐ 416.30 (joint stock company/association) | ☐ 416.70 (ward or conservatee) |
| ☐ 416.40 (association or partnership) | ☐ 416.90 (authorized person) |
| ☐ 416.50 (public entity) | ☐ 415.46 (occupant) |
| ☐ other: | |



| Judicial Council Form POS-010<br>Rule 2.150.(a)&(b) Rev January 1, 2007 | PROOF OF SERVICE<br>SUMMONS | *9576398*<br>*(5441781)*<br>**Page 1 of 2** |
|---|---|---|

| | | |
|---|---|---|
| *Plaintiff:* | NORTH BAY CREDIT UNION, a California nonprofit corporation | *Case Number:* |
| *Defendant:* | MRB DIRECT, INC., a Nevada corporation, et al. | 30-2023-01341966-CU-BT-NJC |

Recoverable cost Per CCP 1033.5(a)(4)(B)

7. **Person who served papers**
   a.   Name:                          Federico Avila
   b.   Address:                      **FIRST LEGAL**
                                            1517 W. Beverly Blvd.
                                            LOS ANGELES, CA 90026
   c.   Telephone number:    (213) 250-1111
   d.   **The fee** for service was:   $305.51
   e.   I am:
        (1) ☐ not a registered California process server.
        (2) ☐ exempt from registration under Business and Professions Code section 22350(b).
        (3) ☒ a registered California process server:
              (i)   ☐ owner  ☐ employee  ☒ independent contractor
              (ii)  Registration No:    5027
              (iii) County:   Orange County

8. *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

<table>
<tr><td>09/20/2023</td><td></td></tr>
<tr><td><em>(Date)</em></td><td><em>Federico Avila</em></td></tr>
</table>

| | | |
|---|---|---|
| Judicial Council Form POS-010 | **PROOF OF SERVICE** | *9576398* |
| Rule 2.150.(a)&(b) Rev January 1, 2007 | **SUMMONS** | *(5441781)* |
| | | **Page 2 of 2** |

| Attorney or Party without Attorney:<br>David E. Mark (SBN 247283)<br>BUCHALTER, APC<br>1000 Wilshire Boulevard, Suite 1500<br>Los Angeles, CA 90017<br>  Telephone No:  213-891-0700 | | **For Court Use Only** |
|---|---|---|
| Attorney For:  Plaintiff | Ref. No. or File No.:<br>N7936-0007 | |
| Insert name of Court, and Judicial District and Branch Court:<br>SUPERIOR COURT OF THE STATE OF CALIFORNIA COUNTY OF ORANGE COUNTY | | |
| Plaintiff:  NORTH BAY CREDIT UNION, a California nonprofit corporation<br>Defendant:  MRB DIRECT, INC., a Nevada corporation, et al. | | |

| **AFFIDAVIT OF DUE DILIGENCE** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>30-2023-01341966-CU-BT-NJC |
|---|---|---|---|---|

1.  I, Federico Avila 5027, Orange , and any employee or independent contractors retained by FIRST LEGAL are and were on the dates mentioned herein over the age of eighteen years and not a party to this action. Personal service was attempted on subject DAVID PARK, an individual as follows:

2.  *Documents:* Summons, Complaint, Civil Case Cover Sheet, Notice of Case Management Conference, Declaration in Support of Motion Re Disqualification of Judicial Officer Pursuant to C.C.P. 170.6 and Court Minute Order dated August 18, 2023

| **Attempt Detail** |
|---|

1) Unsuccessful Attempt by: Federico Avila (5027, Orange) on: Sep 14, 2023, 8:35 pm PDT at 351 Crescent Bay Dr, Laguna Beach, CA 92651

This is a 2-story home. When I arrived, there were 2 different type of Mercedes models parked in driveway. There were some outside lights on and lights coming from inside home. As I walked up driveway, I walked up to front iron front gate door. Front gate door you can see the main door which is about 25-30 ft away. The iron front gate door was closed. Had no access to main front door. I verbally called out saying hello and saying is anyone home a few times. Got no response back.

2) Unsuccessful Attempt by: Federico Avila (5027, Orange) on: Sep 15, 2023, 8:30 pm PDT at 351 Crescent Bay Dr, Laguna Beach, CA 92651

No physical changes. Both vehicles parked in driveway. Front gate door closed. Got no answer no activity.

3) Successful Attempt by: Federico Avila (5027, Orange) on: Sep 16, 2023, 4:05 pm PDT at 351 Crescent Bay Dr, Laguna Beach, CA 92651 received by Lisa Park, Co-Occupant/Spouse (Age: 60s; Ethnicity: Caucasian; Gender: Female; Weight: 160s ; Height: 5'6"; Hair: Brown.



| Attorney or Party without Attorney:<br>David E. Mark (SBN 247283)<br>BUCHALTER, APC<br>1000 Wilshire Boulevard, Suite 1500<br>Los Angeles, CA 90017<br>  Telephone No:   213-891-0700<br><br>  Attorney For:   Plaintiff | | For Court Use Only |
|---|---|---|
| | Ref. No. or File No.:<br>N7936-0007 | |
| Insert name of Court, and Judicial District and Branch Court:<br>SUPERIOR COURT OF THE STATE OF CALIFORNIA COUNTY OF ORANGE COUNTY | | |
| Plaintiff:   NORTH BAY CREDIT UNION, a California nonprofit corporation<br>Defendant:   MRB DIRECT, INC., a Nevada corporation, et al. | | |

| **AFFIDAVIT OF DUE DILIGENCE** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>30-2023-01341966-CU-BT-NJC |
|---|---|---|---|---|

Recoverable cost Per CCP 1033.5(a)(4)(B)

3.  **Person who served papers**
    a.   Name:            Federico Avila
    b.   Address:        **FIRST LEGAL**
                              1517 W. Beverly Blvd.
                              LOS ANGELES, CA 90026
    c.   Telephone number:   (213) 250-1111
    d.   **The fee** for service was:   $305.51
    e.   I am:
        (1)  ☐  not a registered California process server.
        (2)  ☐  exempt from registration under Business and Professions Code section 22350(b).
        (3)  ☒  a registered California process server:
            (i)   ☐ owner   ☐ employee   ☒ independent contractor
            (ii)  Registration No:   5027
            (iii) County:   Orange County

4.  *I declare under penalty of perjury under the laws of the State of California and under the laws of the United States of America that the foregoing is true and correct.*

09/20/2023
_____
*(Date)*

_____
*(Signature)*



| Attorney or Party without Attorney:<br>David E. Mark (SBN 247283)<br>BUCHALTER, APC<br>1000 Wilshire Boulevard, Suite 1500<br>Los Angeles, CA 90017<br>Telephone No:   213-891-0700 | | **For Court Use Only** |
|---|---|---|
| Attorney For:   Plaintiff | Ref. No. or File No.:<br>N7936-0007 | |
| Insert name of Court, and Judicial District and Branch Court:<br>SUPERIOR COURT OF THE STATE OF CALIFORNIA COUNTY OF ORANGE COUNTY | | |
| Plaintiff:   NORTH BAY CREDIT UNION, a California nonprofit corporation<br>Defendant:   MRB DIRECT, INC., a Nevada corporation, et al. | | |

| **PROOF OF SERVICE**<br>**By Mail** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>30-2023-01341966-CU-BT-NJC |
|---|---|---|---|---|

1. *I am over the age of 18 and not a party to this action. I am employed in the county where the mailing occurred.*

2. I served copies of the Summons, Complaint, Civil Case Cover Sheet, Notice of Case Management Conference, Declaration in Support of Motion Re Disqualification of Judicial Officer Pursuant to C.C.P. 170.6 and Court Minute Order dated August 18, 2023

3. By placing a true copy of each document in the United States mail, in a sealed envelope by **First Class** mail with postage prepaid as follows:
   a. Date of Mailing: Mon, Sep 20, 2023
   b. Place of Mailing: LOS ANGELES, CA 90026
   c. Addressed as follows: DAVID PARK, an individual
             351 Crescent Bay Dr, Laguna Beach, CA 92651

4. *I am readily familiar with the business practice for collection and processing of correspondence as deposited with the U.S. Postal Service on Mon, Sep 20, 2023 in the ordinary course of business.*

Recoverable cost Per CCP 1033.5(a)(4)(B)

5. **Person Serving:**
   a. THOMAS TILCOCK
   **b. FIRST LEGAL**
      1517 W. Beverly Boulevard
      LOS ANGELES, CA 90026
   c. (213) 250-1111

   **d. *The Fee* for Service was:** $305.51
   **e.** I am: Not a Registered California Process Server

6. ***I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.***

09/20/2023
*(Date)*

Thomas Tilcock



| Judicial Council Form<br>Rule 2.150.(a)&(b) Rev January 1, 2007 | PROOF OF SERVICE<br>BY MAIL | *9576398*<br>*(5441781)* |
|---|---|---|

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF ORANGE**

North Justice Center
1275 N. Berkeley Ave
Fullerton , CA 92838

**SHORT TITLE:** North Bay Credit Union vs. MRB Direct, Inc.

| **CLERK'S CERTIFICATE OF MAILING/ELECTRONIC SERVICE** | CASE NUMBER: **30-2023-01341966-CU-BT-NJC** |
|---|---|

I certify that I am not a party to this cause. I certify that that the following document(s), Minute Order dated 08/18/23, was transmitted electronically by an Orange County Superior Court email server on August 18, 2023, at 2:00:37 PM PDT. The business mailing address is Orange County Superior Court, 700 Civic Center Dr. W, Santa Ana, California 92701. Pursuant to Code of Civil Procedure section 1013b, I electronically served the document(s) on the persons identified at the email addresses listed below:

BUCHALTER, A PROFESSIONAL CORPORATION
CLOTT@BUCHALTER.COM

BUCHALTER, A PROFESSIONAL CORPORATION
DMARK@BUCHALTER.COM

BUCHALTER, A PROFESSIONAL CORPORATION
RALLYN@BUCHALTER.COM

Clerk of the Court, by: *M. Ferreira*

_____ , Deputy

**CLERK'S CERTIFICATE OF MAILING/ELECTRONIC SERVICE**

**V3 1013a (June 2004)**                                                Code of Civ. Procedure , § CCP1013(a)

**SUPERIOR COURT OF CALIFORNIA,
COUNTY OF ORANGE
CENTRAL JUSTICE CENTER**

**MINUTE ORDER**

DATE: 08/18/2023                    TIME: 01:49:00 PM        DEPT:  C01

JUDICIAL OFFICER PRESIDING:   Acting Presiding Judge Erick L. Larsh
CLERK: M. Ferreira
REPORTER/ERM: None
BAILIFF/COURT ATTENDANT: None

CASE NO: **30-2023-01341966-CU-BT-NJC**    CASE INIT.DATE: 08/09/2023
CASE TITLE: **North Bay Credit Union vs. MRB Direct, Inc.**
CASE CATEGORY: Civil - Unlimited      CASE TYPE: Business Tort

---

EVENT ID/DOCUMENT ID: 74082531
**EVENT TYPE:** Chambers Work

---

**APPEARANCES**

---

There are no appearances by any party.

A Peremptory Challenge under C.C.P. 170.6 as to the Honorable Nathan Nhan Vu having been filed on 08/17/2023, by Plaintiff, and this matter having been transferred to C1 for reassignment, the Court now rules as follows:

This case is reassigned to the Honorable John C. Gastelum in Department C11 for all purposes.

Department C11 is located at 700 Civic Center Drive West, Santa Ana, CA 92701.

Counsel to contact clerk in Department C11 within 15 days of receipt of this order to reschedule any pending hearings.

The Court determines that for purposes of exercising C.C.P. 170.6 rights, there are two sides to this matter unless the contrary is brought to the attention of the Court, by Ex-Parte motion.  Counsel has 15 days from the date of the enclosed certificate of mailing in which to exercise any rights under C.C.P. 170.6.

Court orders Clerk to give notice. Plaintiff to give notice to any parties not listed and to file proof of service with the court within 10 days.

---

DATE: 08/18/2023                    MINUTE ORDER                    Page 1
DEPT:  C01                                                          Calendar No.

| | |
|---|---|
| **SUPERIOR COURT OF CALIFORNIA, COUNTY OF  ORANGE**<br>STREET ADDRESS:  1275 N. Berkeley Ave<br>MAILING ADDRESS:  1275 N. Berkeley Ave<br>CITY AND ZIP CODE: Fullerton  92838<br>BRANCH NAME:  North Justice Center | *FOR COURT USE ONLY*<br>**FILED**<br>SUPERIOR COURT OF CALIFORNIA<br>COUNTY OF ORANGE |
| PLANTIFF: North Bay Credit Union | |
| DEFENDANT: MRB Direct, Inc. et.al. | **Aug 14, 2023**<br>Clerk of the Superior Court |
| Short Title: NORTH BAY CREDIT UNION VS. MRB DIRECT, INC. | |
| **NOTICE OF HEARING**<br>**CASE MANAGEMENT CONFERENCE** | CASE NUMBER:<br>30-2023-01341966-CU-BT-NJC |

Please take notice that a(n), <u>Case Management Conference</u> has been scheduled for hearing on <u>01/18/2024</u> at  <u>08:30:00 AM</u> in Department <u>N15</u> of this court, located at <u>North Justice Center</u>.

**Plaintiff(s)/Petitioner(s) to provide notice to all defendant(s)/respondent(s). Parties who file pleadings that add new parties to the proceeding must provide notice of the Case Management Conference to the newly added parties.**

**IMPORTANT:** Prior to your hearing date, please check the Court's website for the most current instructions regarding how to appear for your hearing and access services that are available to answer your questions.
Civil Matters - https://www.occourts.org/media-relations/civil.html
Probate/Mental Health - https://www.occourts.org/media-relations/probate-mental-health.html
Appellate Division - https://www.occourts.org/media-relations/appeals-records.html

**IMPORTANTE:** Antes de la fecha de su audiencia, visite el sitio web de la Corte para saber cuáles son las instrucciones más actuales para participar en la audiencia y tener acceso a los servicios disponibles para responder a sus preguntas.
Casos Civiles - https://www.occourts.org/media-relations/civil.html
Casos de Probate y Salud Mental - https://www.occourts.org/media-relations/probate-mental-health.html
División de apelaciones - https://www.occourts.org/media-relations/appeals-records.html

**QUAN TRỌNG:** Trước ngày phiên tòa của quý vị, vui lòng kiểm tra trang mạng của tòa án để biết những hướng dẫn mới nhất về cách ra hầu phiên tòa của quý vị và tiếp cận những dịch vụ hiện có để giải đáp những thắc mắc của quý vị.
Vấn Đề Dân Sự - https://www.occourts.org/media-relations/civil.html
Thủ Tục Di Chúc/Sức Khỏe Tinh Thần - https://www.occourts.org/media-relations/probate-mental-health.html
Ban phúc thẩm - https://www.occourts.org/media-relations/appeals-records.html

Clerk of the Court,  By:_____ , Deputy

**NOTICE OF HEARING**                                                                      **Page: 1**

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF ORANGE**

North Justice Center
1275 N. Berkeley Ave
Fullerton  92838

**SHORT TITLE:** NORTH BAY CREDIT UNION VS. MRB DIRECT, INC.

| **CLERK'S CERTIFICATE OF SERVICE BY MAIL** | CASE NUMBER: **30-2023-01341966-CU-BT-NJC** |
|---|---|

I certify that I am not a party to this cause. I certify that a true copy of the above <u>Notice of Hearing</u> has been placed for collection and mailing so as to cause it to be mailed in a sealed envelope with postage fully prepaid pursuant to standard court practices and addressed as indicated below. The certification occurred at <u>Fullerton</u> , <u>California</u>, on <u>08/14/2023</u>. Following standard court practice the mailing will occur at <u>Sacramento</u>, <u>California</u> on <u>08/15/2023</u>.

Clerk of the Court, by: _____ , Deputy

BUCHALTER, A PROFESSIONAL CORPORATION
1000 WILSHIRE BOULEVARD # 1500
LOS ANGELES, CA 90017

**V3 1013a (June 2004)**  Code of Civil Procedure , § CCP1013(a)

Electronically Filed by Superior Court of California, County of Orange, 08/17/2023 03:54:00 PM.
30-2023-01341966-CU-BT-NJC - ROA # 9 - DAVID H. YAMASAKI, Clerk of the Court By B. Romney, Deputy Clerk.

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address):<br>Russell Allyn (SBN 143531); Cheryl Lott (SBN 232548); David Mark (SBN 247283); BUCHALTER, A Professional Corporation<br>1000 Wilshire Blvd., Suite 1500, Los Angeles, CA 90017<br><br>TELEPHONE NO.:213-891-0700          FAX NO. (Optional):213-896-0400<br>E-MAIL ADDRESS (Optional):rallyn@buchalter.com<br>ATTORNEY FOR (Name):North Bay Credit Union          Bar No: | *FOR COURT USE ONLY* |
|---|---|

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF ORANGE**
JUSTICE CENTER:
☐ Central - 700 Civic Center Dr. West, Santa Ana, CA 92701-4045
☐ Costa Mesa - 3390 Harbor Blvd., Costa Mesa, CA 92626-1554
☐ Harbor - Newport Beach Facility, 4601 Jamboree Rd., Newport Beach, CA 92660
☐ Lamoreaux - 341 The City Drive South, Orange, CA 92868-3205
☑ North - 1275 N. Berkeley Ave., P.O. Box 5000, Fullerton, CA 92838
☐ West - 8141 13th Street, Westminster, CA 92683

| PLAINTIFF/PETITIONER:<br>North Bay Credit Union | CASE NUMBER:<br>30-2023-01341966-CU-BT-NJC |
|---|---|
| DEFENDANT/RESPONDENT:<br>MRB Direct Inc, a Nevada Corporation; David Park, an individual | JUDICIAL OFFICER:<br>Nathan Vu |
| **DECLARATION IN SUPPORT OF MOTION<br>RE DISQUALIFICATION OF JUDICIAL OFFICER<br>PURSUANT TO C.C.P. 170.6** | DEPARTMENT:<br>N15 |

I am ☐ a party ☑ the attorney for a party in the above entitled case and declare that

the Honorable Nathan Vu_____, the judicial officer before whom the trial or hearing

in this action or special proceeding is pending, or to whom this case is assigned, is prejudiced against the party or

the party's attorney, or the interest of the party or party's attorney, such that the declarant cannot, or believes that

he/she cannot, have a fair and impartial trial or hearing before the judicial officer.

This judicial officer ☐ has ☑ has not presided over a hearing, motion, or other proceeding in the past in this case.

Pursuant to the provisions of Code of Civil Procedure section 170.6, I request that this case be assigned to another

judicial officer for further proceedings.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: August 17, 2023 _____

_____          */s/ David E. Mark*
David E. Mark

_____          _____
(Type or print name)          (Signature of declarant)

Form L-0292
Optional Form
Revised May 1, 2023

**DECLARATION IN SUPPORT OF MOTION
RE DISQUALIFICATION OF JUDICIAL OFFICER PURSUANT TO C.C.P. 170.6**